UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDELL COWART,<br><br>        Plaintiff,<br><br>v.<br><br>ABDUR RAHMAN, et al,<br><br>        Defendant. | 1:16-cv-0004-AWI-SKO (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. 9) |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

      On January 28, 2016, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on January 22, 2016, IT IS HEREBY ORDERED THAT plaintiff's application of January 28, 2016, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **January 28, 2016**                              **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE

1