UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDELL COWART, | No. 1:16-CV-00004-AWI-SKO (PC) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AS UNNECESSARY** |
| v. | |
| RAHMAN, et al., | **(Doc. 12)** |
| Defendants. | |

Plaintiff, Gardell Cowart, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 1, 2016, plaintiff filed a motion seeking leave to file an amended complaint.

Plaintiff may amend once as a matter of right before service of a responsive pleading by defendants. Fed. R. Civ. P. 15(a). Because plaintiff has not previously amended his complaint and defendants have not filed a responsive pleading, plaintiff may file an amended complaint without permission from the Court. Plaintiff is informed that he must file a new pleading as an amended complaint supercedes the original complaint, *Lacey v. Maricopa County*, Nos. 09-15806, 09-15703, 2012 WL 3711591, at *1 n.1 (9th Cir. Aug. 29, 2012) (en banc), and the amended complaint must be "complete in itself without reference to the prior or superceded pleading," Local Rule 220.

Accordingly, plaintiff's motion is HEREBY DENIED as unnecessary and the Clerk's Office shall send Plaintiff a civil rights complaint form.

IT IS SO ORDERED.

Dated: __February 9, 2016__                    _____ /s/ Sheila K. Oberto_____
                                                                        UNITED STATES MAGISTRATE JUDGE

1