# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDELL COWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAHMAN, et al.,<br><br>　　　　Defendants. | 1:16-cv-000004-AWI-SKO (PC)<br><br>**ORDER WITHDRAWING ORDER GRANTING PLAINTIFF'S REQUEST FOR ISSUANCE OF SUBPOENA TO OBTAIN RECORDS FROM DIGNITY HEALTH, MERCY HOSPITAL**<br><br>**(Doc. 44)** |

Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's claims in the First Amended Complaint against Dr. Ngozi Ignibinoza, Dr. Scharffenberg, Dr. Kandkhorova, Dr. Ugwueze, and Dr. Sunduram for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. On August 29, 2017, Plaintiff filed a subpoena to obtain medical records for treatment he received at Dignity Health, Mercy Hospital, 2215 Truxtun Ave., Bakersfield, CA, 93301. (Doc. 43.)

On October 3, 2017, an order issued indicating that Plaintiff met the requirements for a subpoena to issue. (Doc. 44.) In the order, defense counsel was directed to file a statement indicating the steps taken to obtain the records sought by Plaintiff and whether counsel would be willing to provide Plaintiff copies of any documents obtained. (*Id.*) On October 12, 2017, defense counsel filed a statement indicating that records from the facility were Plaintiff is currently housed had been recently received and included records from outside providers. (Doc. 45.) Defense counsel forwarded a copy of the records received to Plaintiff that same week. (*Id.*)

1

It, therefore, appears that a subpoena is no longer required.

If after receipt and review of those records, Plaintiff believes they are incomplete, Plaintiff may file a renewed request for a subpoena. Before any subpoena will issue, the request must specifically state which records are lacking and their relevance to this action.

Based on the foregoing, it is **HEREBY ORDERED** that the order granting Plaintiff's request to subpoena records from Dignity Health, Mercy Hospital, issued on October 3, 2017, (Doc. 44) is **WITHDRAWN**.

IT IS SO ORDERED.

Dated: **October 17, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE