# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDELL COWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAHMAN, et al.,<br><br>　　　　Defendants. | No. 1:16-cv-00004-AWI-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR RESTRAINING ORDER/INJUNCTIVE RELIEF**<br><br>**(Docs. 53, 54)** |

　　　Plaintiff, Gardell Cowart, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 9, 2018, the Magistrate Judge issued Findings and Recommendations to deny a motion for temporary restraining order/injunctive relief that Plaintiff filed on January 4, 2018. (Docs. 53, 54.) The Findings and Recommendation allowed for filing of objections within twenty one days. (*Id.*) Though more than the allowed time has passed, no objections have been filed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on January 9, 2018 (Doc. 54), is adopted in full; and

1

2. Plaintiff's motion for injunctive relief/temporary restraining order, filed on January 4, 2018 (Doc. 53) is DENIED.

IT IS SO ORDERED.

Dated: March 5, 2018

SENIOR DISTRICT JUDGE