# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDELL COWART,<br><br>        Plaintiff,<br><br>v.<br><br>RAHMAN, et al.,<br><br>        Defendants. | No. 1:16-cv-00004-AWI-SKO (PC)<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR COPIES**<br><br>**(Doc. 72)** |

Plaintiff, Gardell Cowart, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2018, Plaintiff filed a motion requesting copies of documents which he submitted as exhibits to eight of his filings in this action. (Doc. 72.) Specifically, Plaintiff indicates that he submitted original documents and requests copies of the exhibits to Docs. 15, 16, 20, 22, 25, 64, 65, as well as the exhibits to his motion for summary judgment—Doc. 58. (*Id.*)

Plaintiff was informed in the First Informational Order that original exhibits should never be sent to the Court as the Clerk "will scan paper documents into the electronic court file **and then discard the paper copy**." (Doc. 3, p. 2 (emphasis in original).) Thus, the originals of Plaintiff's exhibits have been discarded and cannot be returned to him. The Clerk's Office will provide copies of documents from the docket sheet at a cost of $0.50 per page. Plaintiff's *in forma pauperis* status does not obviate the requirement to pay such copy costs. Plaintiff requests

1

copies of an aggregate of ninety-five (95)[1] pages of exhibits. At $0.50 per page, the total cost for these copies is $47.50.

Accordingly, Plaintiff's motion for copies of exhibits, filed on April 9, 2018, (Doc. 72), is HEREBY GRANTED in as much as the pages of exhibits Plaintiff seeks will be copied and sent to him upon his prepayment of the copying fee of $47.50.

IT IS SO ORDERED.

Dated:   **May 9, 2018**                             /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Docs. 15 and 20 have no exhibits. Docs. 64 and 65 are orders and do not contain any exhibits. Doc. 16 has five pages of exhibits at pages 5-9. Doc. 22 has two pages of exhibits at pages 7 & 8. Doc. 25 has six pages of exhibits at pages 7-12. Plaintiff's motion for summary judgment, Doc. 58 has eighty-two (82) pages of exhibits at pages 16-97.